AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**

ANNA MARIE (?) LAST NAME  CASE NUMBER: 1:12-CV-906
UNCERTAIN AND 619 OTHERS

    v.

ELECTORS FOR THE STATE OF NEW YORK

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice because it is frivolous.  Further, leave to appeal to the Court of Appeals as a poor person is denied.

Date: October 4, 2012                                         MICHAEL J. ROEMER, CLERK

                                           By:   s/Deborah M. Zereb
                                                 Deputy Clerk